United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Joseph Capurso  
    Debtor

Case No. 23-02422-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Nov 21, 2023      Form ID: pdf010      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Capurso, 247 Winona Road, Mount Pocono, PA 18344-1007 |
| 5574007 | + | NORRIS MCLAUGHLIN, 515 WEST HAMILTON STREET, SUITE 502, ALLENTOWN, PA 18101-1513 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573994 | + | Email/PDF: bncnotices@becket-lee.com | Nov 21 2023 18:58:47 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5573995 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Nov 21 2023 18:42:00 | APPLE CARD - GS BANK USA, GOLDMAN SACHS BANK, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 5573996 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 18:59:24 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5573997 | + | Email/Text: POCInquiries@BonialPC.com | Nov 21 2023 18:42:00 | BONIAL & ASSOC PC, PO BOX 9013, ADDISON, TX 75001-9013 |
| 5573998 | | Email/Text: BKBCNMAIL@carringtonms.com | Nov 21 2023 18:42:00 | CARRINGTON MORTGAGE SERVICES, 1600 SOUTH DOUGLASS ROAD, SUITE 110 & 200-A, ANAHEIM, CA 92806 |
| 5573999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 21 2023 18:43:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5574000 | + | Email/Text: mrdiscen@discover.com | Nov 21 2023 18:42:00 | DISCOVER BANK-DISCOVER PRODUCTS, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5574001 | | Email/Text: BNCnotices@dcmservices.com | Nov 21 2023 18:43:00 | EMERGENCY PHYSICIAN ASSOC PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5574002 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 21 2023 18:43:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5574003 | ^ | MEBN | Nov 21 2023 18:39:17 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5574004 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 21 2023 18:59:27 | MACYS/CITIBANK, PO BOX 8218, MONROE, OH 45050 |
| 5574005 | + | Email/Text: mpmamgr@ptd.net | Nov 21 2023 18:42:00 | MOUNT POCONO MUNICIPAL AUTHORITY, 1361 POCONO BLVD STE 101, MOUNT POCONO, PA 18344-1045 |
| 5574006 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Nov 21 2023 18:42:00 | NISSAN MOTOR ACCEPTANCE CORP, PO BOX 9013, ADDISON, TX 75001-9013 |
| 5574008 | + | Email/PDF: cbp@omf.com | Nov 21 2023 18:58:08 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN |

| | | | | |
| --- | --- | --- | --- | --- |
| | | | | 47731-3251 |
| 5574009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 21 2023 18:46:26 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5574010 | + | Email/Text: LCI@upstart.com | Nov 21 2023 18:42:00 | UPSTART/FINWISE, 2 CIRCLE STAR WAY 2ND FL, SAN CARLOS, CA 94070-6200 |
| 5576370 | ^ | MEBN | Nov 21 2023 18:39:16 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5574012 | | Email/Text: vci.bkcy@vwcredit.com | Nov 21 2023 18:43:00 | VW CREDIT, PO BOX 3, HILLSBORO, OR 97123 |
| 5574011 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Nov 21 2023 18:42:00 | VW CREDIT, PO BOX 9013, ADDISON, TX 75001-9013 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 23, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-14 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Joseph Capurso rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Joseph Capurso lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Joseph Capurso | : | Chapter 13 |
| | : | Case No. 5:23-bk-02422-MJC |
| Debtor. | : | |
| | : | |
| Joseph Capurso | : | |
| Movant, | : | Motion to |
| vs. | : | Extend Automatic Stay |
| Carrington Mortgage Services and all parties | : | |
| listed on the mailing matrix filed with the Clerk, | : | |
| | : | |
| Respondents. | : | |

## ORDER GRANTING
## MOTION TO EXTEND AUTOMATIC STAY

Upon consideration of the Debtor's **Motion to Extend Automatic Stay** pursuant to Section 362(c)(3)(B), Dkt. # 12 ("Motion"), and it appearing from the Motion and Affidavit filed therewith that the filing of the above-captioned Chapter 13 Bankruptcy Case was filed in good faith, and after a hearing held on November 21, 2023, it is hereby

**ORDERED** that the said Motion be and is hereby **GRANTED**; and it is further

**ORDERED** that the automatic stay in the above-captioned case is hereby **EXTENDED** as to all creditors, until such time as the herein case is dismissed, discharged, or this Court enters an Order modifying the stay.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: November 21, 2023