United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-02422-MJC
Joseph Capurso  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Dec 04, 2023      Form ID: ntcnfhrg      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joseph Capurso, 247 Winona Road, Mount Pocono, PA 18344-1007 |
| 5574007 | + | NORRIS MCLAUGHLIN, 515 WEST HAMILTON STREET, SUITE 502, ALLENTOWN, PA 18101-1513 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5573994 | + | Email/PDF: bncnotices@becket-lee.com | Dec 04 2023 18:52:13 | AMERICAN EXPRESS, PO BOX 981537, EL PASO, TX 79998-1537 |
| 5573995 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Dec 04 2023 18:45:00 | APPLE CARD - GS BANK USA, GOLDMAN SACHS BANK, LOCKBOX 6112 PO BOX 7247, PHILADELPHIA, PA 19170-6112 |
| 5573996 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 18:52:07 | BEST BUY/CBNA, 5800 SOUTH CORPORATE PLACE, SIOUX FALLS, SD 57108-5027 |
| 5573997 | + | Email/Text: POCInquiries@BonialPC.com | Dec 04 2023 18:45:00 | BONIAL & ASSOC PC, PO BOX 9013, ADDISON, TX 75001-9013 |
| 5573998 | | Email/Text: BKBCNMAIL@carringtonms.com | Dec 04 2023 18:45:00 | CARRINGTON MORTGAGE SERVICES, 1600 SOUTH DOUGLASS ROAD, SUITE 110 & 200-A, ANAHEIM, CA 92806 |
| 5573999 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 04 2023 18:45:00 | COMENITY CAPITAL BANK, BANKRUPTCY DEPARTMENT, PO BOX 183043, COLUMBUS, OH 43218-3043 |
| 5574000 | + | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | DISCOVER BANK-DISCOVER PRODUCTS, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5580300 | | Email/Text: mrdiscen@discover.com | Dec 04 2023 18:45:00 | Discover Bank, P.O. Box 3025, New Albany, Oh 43054-3025 |
| 5574001 | | Email/Text: BNCnotices@dcmservices.com | Dec 04 2023 18:45:00 | EMERGENCY PHYSICIAN ASSOC PA, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 5574002 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 04 2023 18:45:00 | IRS, CENTRALIZED INSOLVENCY OP, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5574003 | ^ | MEBN | Dec 04 2023 18:41:40 | KML LAW GROUP, STE 5000-BNY INDEPEN CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1541 |
| 5574004 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 04 2023 18:52:07 | MACYS/CITIBANK, PO BOX 8218, MONROE, OH 45050 |
| 5574005 | + | Email/Text: mpmamgr@ptd.net | Dec 04 2023 18:45:00 | MOUNT POCONO MUNICIPAL AUTHORITY, 1361 POCONO BLVD STE 101, MOUNT POCONO, PA 18344-1045 |
| 5574006 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Dec 04 2023 18:45:00 | NISSAN MOTOR ACCEPTANCE CORP, PO |

| | | | | |
|---|---|---|---|---|
| | | | | BOX 9013, ADDISON, TX 75001-9013 |
| 5574008 | + | Email/PDF: cbp@omf.com | Dec 04 2023 18:52:11 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5574009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 04 2023 18:52:06 | SYNCB/PPC, PO BOX 965005, ORLANDO, FL 32896-5005 |
| 5574010 | + | Email/Text: LCI@upstart.com | Dec 04 2023 18:45:00 | UPSTART/FINWISE, 2 CIRCLE STAR WAY 2ND FL, SAN CARLOS, CA 94070-6200 |
| 5576370 | ^ | MEBN | Dec 04 2023 18:41:37 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5574012 | | Email/Text: vci.bkcy@vwcredit.com | Dec 04 2023 18:45:00 | VW CREDIT, PO BOX 3, HILLSBORO, OR 97123 |
| 5574011 | + | Email/Text: VWBKNotices@nationalbankruptcy.com | Dec 04 2023 18:45:00 | VW CREDIT, PO BOX 9013, ADDISON, TX 75001-9013 |

TOTAL: 20

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Dec 06, 2023 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-14 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Joseph Capurso rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Joseph Capurso lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Joseph Capurso,       Chapter    13

**Debtor 1**

Case No.    5:23−bk−02422−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**January 11, 2024** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 18, 2024  Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: December 4, 2023 |

ntcnfhrg (08/21)