Certificate Number: 12433-PAM-DE-038258918

Bankruptcy Case Number: 23-02422



12433-PAM-DE-038258918

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on March 8, 2024, at 12:59 o'clock AM EST, Joseph Capurso completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 8, 2024                       By:    /s/Lisa Susoev

                                           Name:  Lisa Susoev

                                           Title: Teacher