United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                    Case No. 23-02422-MJC
Joseph Capurso                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Mar 27, 2025 | Form ID: pdf010 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

**Recip ID**          **Recipient Name and Address**
                + Christina E. Capurso, 247 Winona Road, Mount Pocono, PA 18344-1007

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025              Signature:       /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-14 blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR REGISTERED HOLDERS OF CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-14 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Robert J Kidwell, III | on behalf of Debtor 1 Joseph Capurso rjkidwell3rd@gmail.com;mdaniels@newmanwilliams.com |
| Scott R. Lipson | |

on behalf of Creditor Mt. Pocono Municipal Authority slipson@norris-law.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

Vincent Rubino

on behalf of Debtor 1 Joseph Capurso
lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Capurso | CHAPTER 13 |
| Debtor(s) | |
| The Bank of New York Mellon, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 | NO. 23-02422 MJC |
| Moving Party | |
| vs. | |
| Joseph Capurso | 11 U.S.C. Sections 362 and 1301 |
| Debtor | |
| Christina E. Capurso | |
| Co-Debtor | |
| Jack N Zaharopoulos | |
| Trustee | |

## ORDER

Upon consideration of the foregoing Stipulation filed at Dkt. #45 in the above-captioned case ("Stipulation"), it is hereby

**ORDERED** that the Stipulation is **APPROVED.**

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: March 27, 2025