**Fill in this information to identify the case:**

Debtor 1    Joseph Capurso

Debtor 2   
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Pennsylvania (Wilkes-Barre)
                                                                                                         (State)

Case number    23-02422

---

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | |
|---|---|
| **Name of creditor:** THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2005-14 | **Court claim no.** (if known): 10 |
| **Last 4 digits** of any number you use to identify the debtor's account:    XXXXXX9890 | **Date of payment change:** Must be at least 21 days after date of this notice    1/01/2025 |
| | **New total payment:**    $ 1,201.01 Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No
✓ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

**Current escrow payment:**    $ 482.84      **New escrow payment:**    $ 488.14

### Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

✓ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

**Current interest rate**    _____ %      **New interest rate:**    _____ %

**Current principal and interest payment:** $ _____      **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

---

Official Form 410S1      Notice of Mortgage Payment Change      page 1

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ✓ No

   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   **Current mortgage payment:** $ _____          **New mortgage payment:** $ _____

| Debtor 1 | Joseph Capurso | Case number (*if known*) 23-02422 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box:*

☐ I am the creditor.

✓ I am the creditor's attorney or authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief:**

✗ /s/ Randall Miller                                                              Date November, 20, 2024
  Signature

Print:     Randall Miller                                    Title     Agent
           First Name   Middle Name   Last Name

Company    Carrington Mortgage Services, LLC

Address    43252 Woodward Avenue, Suite180
           Number       Street

           Bloomfield Hills, MI 48302
           City                  State     ZIP Code

Contact phone  (248) 335-9200    Email    bankruptcy@rsmalaw.com

Official Form 410S1            **Notice of Mortgage Payment Change**            page 3

![Carrington Mortgage Services, LLC logo]

1600 South Douglass Road
Suites 110 & 200-A
Anaheim, CA 92806

# Your Escrow Statement

Property Address: 247 WINONA RD
MOUNT POCONO, PA 18344

**Statement Date: 10/25/24**
**Loan number:**

**Important information inside!**

## Questions?
**1-800-561-4567**
www.CarringtonMortgage.com

0056655  SP  9870  -C02-P00000-I

CHRISTINA E CAPURSO
JOSEPH CAPURSO
247 WINONA RD
MOUNT POCONO    PA 18344



Paperless Protects Your Privacy. Sign up today.

---

**Thank you for being the best part of our Carrington family.**

You are receiving this statement because we have completed your escrow analysis review.

Your escrow account is an account that we manage on your behalf to pay for your insurance and taxes. For more information and resources regarding escrow, login to your Carrington Account and select "Escrow Summary" under "Customer Request" on the left menu.

---

## YOUR NEW PAYMENT:  EFFECTIVE 01/01/25

|  | CURRENT PAYMENT | NEW PAYMENT | CHANGE |
|---|---:|---:|---:|
| Principal & interest | $712.87 | $712.87 | - |
| Escrow payment | $482.84 | $485.03 | $2.19 |
| Shortage payment |  | $3.11 | $3.11 |
| **Total** | **$1,195.71** | **$1,201.01** | **$5.30** |

**ANALYSIS SUMMARY**

You have a shortage of:

**$37.40**

$37.40 / 12 = $3.11

Your escrow account has a shortage due to an increase in your taxes and or insurance. The shortage amount will be spread over the next 12 months and added to your monthly payment as shown above.

## Your escrow payment over the next 12 months:

We estimate your total taxes and/or insurance payments to be $5,820.45 for the next 12 months. Here is how we calculated your new monthy escrow payment:

| | | | | |
|---|---:|---|---|---:|
| Home insurance | $1,664.46 | | Total escrow | $5,820.45 |
| School tax | $2,596.28 | | Divided by 12 months | 12 |
| City tax | $1,559.71 | | New monthly escrow payment | $485.03 |
| Total escrow | $5,820.45 | | | |

Any changes to your taxes and insurance are determined by your taxing authorities and insurance providers, not Carrington Mortgage Services, LLC.

Page 1 of 4



## PROJECTED ESCROW ACTIVITY 01/25 – 12/25

| DATE | PAYMENT TO ESCROW | ESTIMATED DISBURSEMENT | DESCRIPTION | PROJECTED ESCROW BALANCE | REQUIRED ESCROW BALANCE |
|---|---|---|---|---|---|
| | | | **BEGINNING BALANCE:** | **$2,387.84** | **$2,425.24** |
| 01/25 | $485.03 | - | | $2,872.87 | $2,910.27 |
| 02/25 | $485.03 | - | | $3,357.90 | $3,395.30 |
| 03/25 | $485.03 | - | | $3,842.93 | $3,880.33 |
| 04/25 | $485.03 | $1,664.46 | Home insurance | $1,103.79 | $1,141.19 |
| | - | $1,559.71 | City tax | - | - |
| 05/25 | $485.03 | - | | $1,588.82 | $1,626.22 |
| 06/25 | $485.03 | - | | $2,073.85 | $2,111.25 |
| 07/25 | $485.03 | - | | $2,558.88 | $2,596.28 |
| 08/25 | $485.03 | - | | $3,043.91 | $3,081.31 |
| 09/25 | $485.03 | $2,596.28 | School tax | $932.66 | $970.06 |
| 10/25 | $485.03 | - | | $1,417.69 | $1,455.09 |
| 11/25 | $485.03 | - | | $1,902.72 | $1,940.12 |
| 12/25 | $485.03 | - | | $2,387.75 | $2,425.15 |

At the time of your bankruptcy filing, your escrow shortage included in the proof of claim is **$568.98**.

**Lowest Projected Balance (09/25)**
**$1,501.64**

**Lowest Projected Balance =** the lowest projected point over your 12 month analysis period. This number represents the running balance in your escrow account estimated by your monthly payments to escrow minus any tax and insurance disbursements made on your behalf.

**−**

**Minimum Amount Required**
**$970.06**

**Minimum Amount Required =** two months of escrow payments, excluding mortgage insurance, to account for any tax and insurance increases. This amount is regulated by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract, or state law.

**=**

**Escrow Shortage Amount**
**$37.40**

**Escrow Shortage Amount =** the difference between your lowest projected balance and the minimum amount required determines if there is a shortage or surplus in your escrow account

Page 2 of 4
Case 5:23-bk-02422-MJC    Doc    Filed 11/20/24    Entered 11/20/24 16:13:29    Desc
Main Document    Page 5 of 10



Statement Date: 10/25/24
Loan number:

## ESCROW ACCOUNT HISTORY  11/23 – 10/24

| Date | PAYMENTS TO ESCROW Projected | Actual | PAYMENTS FROM ESCROW Projected | Description | Actual | Description | ESCROW BALANCE Projected | Actual |
|---|---|---|---|---|---|---|---|---|
| | | | | | | BEGINNING BALANCE: | $1,448.53 | -$ 10,313.91 |
| 11/23 | $482.84 * | - | - | | - | | $1,931.37 | -$10,313.91 |
| 12/23 | $482.84 * | $420.52 | - | | - | | $2,414.21 | -$9,893.39 |
| 01/24 | $482.84 * | $841.04 | - | | - | | $2,897.05 | -$9,052.35 |
| 02/24 | $482.84 * | $420.52 | - | | - | | $3,379.89 | -$8,631.83 |
| 03/24 | $482.84 * | $420.52 | - | | - | | $3,862.73 | -$8,211.31 |
| 04/24 | $482.84 * | $420.52 | $1,741.40 * | Home insurance | $1,664.46 | Home insurance | $1,156.08 | -$11,014.96 |
| | | | $1,448.09 | City tax | $1,559.71 | City tax | | |
| 05/24 | $482.84 * | $420.52 | - | | - | | $1,638.92 | -$10,594.44 |
| 06/24 | $482.84 * | $420.52 | - | | - | | $2,121.76 | -$10,173.92 |
| 07/24 | $482.84 * | $420.52 | - | | - | | $2,604.60 | -$9,753.40 |
| 08/24 | $482.84 * | $420.52 | - | | - | | $3,087.44 | -$9,332.88 |
| 09/24 | $482.84 * | $420.52 | $2,604.60 * | School tax | $2,596.28 | School tax | $965.68 | -$11,508.64 |
| 10/24 | $482.84 | - | - | | - | | $1,448.52 | -$11,508.64 |
| **Total** | **$5,794.08** | **$4,625.72** | **$5,794.09** | | **$5,820.45** | | | |

An asterisk (*) marks any difference from what was projected in either the amount or date.



For more information and resources regarding escrow, login to your Carrington Account and select **"Escrow Summary"** under **"Customer Request"** on the left menu.

You can also check out our **www.CarringtonMortgage.com/learningcenter** and search "Escrow" for additional resources.

If you prefer to speak with someone, please contact our customer service team at 1-800-561-4567.



# ADDITIONAL INFORMATION

**VERBAL INQUIRIES & COMPLAINTS**
For verbal inquiries and complaints about your mortgage loan, please contact the CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC, by calling 1-800-561-4567. The CUSTOMER SERVICE DEPARTMENT for Carrington Mortgage Services, LLC is toll free and you may call from 8:00 a.m. to 9:00 p.m. Eastern Time, Monday through Friday. You may also visit our website at www.CarringtonMortgage.com.

**IMPORTANT BANKRUPTCY NOTICE**
If you have been discharged from personal liability on the mortgage because of bankruptcy proceedings and have not reaffirmed the mortgage, or if you are the subject of a pending bankruptcy proceeding, this letter is not an attempt to collect a debt from you but merely provides informational notice regarding the status of the loan. If you are represented by an attorney with respect to your mortgage, please forward this document to your attorney.

**CREDIT REPORTING AND DIRECT DISPUTES**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations. If you have concerns regarding the accuracy of any information contained in a consumer report pertaining to this account, you may send a direct dispute to Carrington Mortgage Services, LLC by fax to 1-800-486-5134 or in writing to Carrington Mortgage Services, LLC, and Attention:Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence.

**MINI MIRANDA**
This communication is from a debt collector and it is for the purpose of collecting a debt and any information obtained will be used for that purpose. This notice is required by the provisions of the Fair Debt Collection Practices Act and does not imply that we are attempting to collect money from anyone who has discharged the debt under the bankruptcy laws of the United States.

**HUD COUNSELOR INFORMATION**
If you would like counseling or assistance, you may obtain a list of HUD-approved homeownership counselors or counseling organizations in your area by calling the HUD nationwide toll-free telephone number at 1-800-569-4287 or toll-free TTY 1-800-877-8339, or by going to http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. You can also contact the CFPB at 1-855-411-2372, or by going to www.consumerfinance.gov/find-a-housing-counselor.

**EQUAL CREDIT OPPORTUNITY ACT NOTICE**
The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, or age (provided the applicant has the capacity to enter into a binding contract); because all or part of the applicant's income derives from any public assistance program; or because the applicant has, in good faith, exercised any right under the Consumer Credit Protection Act. The Federal Agency that administers Carrington Mortgage Services, LLC's compliance with this law is the Federal Trade Commission. Equal Credit Opportunity. Washington, DC 20580.

**SCRA DISCLOSURE-**
**MILITARY PERSONNEL/SERVICEMEMBERS**
If you or your spouse is a member of the military, please contact us immediately. The federal Servicemembers Civil Relief Act and comparable state laws afford significant protections and benefits to eligible military service personnel, including protections from foreclosure as well as interest rate relief. For additional information and to determine eligibility please contact our Military Assistance Team toll free at 1-888-267-5474.

**NOTICES OF ERROR AND INFORMATION REQUESTS, QUALIFIED WRITTEN REQUESTS (QWR)**
Written complaints and inquiries classified as Notices of Error and Information Requests or QWRs must be submitted to Carrington Mortgage Services, LLC by fax to 1-800-486-5134, or in writing to Carrington Mortgage Services, LLC, and Attention: Customer Service, P.O. Box 5001, Westfield, IN 46074. Please include your loan number on all pages of the correspondence. You have the right to request documents we relied upon in reaching our determination. You may request such documents or receive further assistance by contacting the Customer Service Department for Carrington Mortgage Services, LLC toll free at 1-800-561-4567, Monday through Friday, 8:00 a.m. to 9:00 p.m. Eastern Time. You may also visit our website at www.CarringtonMortgage.com.



## Understanding Your Options

### Option 1

Do Nothing: The shortage will be spread over the next 12 months.

| | |
|---|---|
| Principal & interest: | $712.87 |
| Escrow payment: | $485.03 |
| Shortage payment: | $3.11 |
| **New Payment:** | **$1,201.01** |

If you elect to do nothing, we will spread the shortage amount over 12 months. The amount of $3.11 will be added to your monthly mortgage payment effective 01/01/2025.
If you are currently enrolled in our AutoPay, we will adjust your payments for you. If you make payments automatically through your bank's BillPay service, you will need to adjust your payment amount.

### Option 2

Pay the escrow shortage in full using the attached shortage coupon.

| | |
|---|---|
| Principal & interest: | $712.87 |
| Escrow payment: | $485.03 |
| **New Payment:** | **$1,197.90** |

If you elect option 2, you can make a shortage payment through your online account under "Payments", through our mobile app, or by mailing payment with the attached coupon.

Questions? 1-800-561-4567 • www.CarringtonMortgage.com

---



### Escrow Shortage Payment

for loan number: ▇▇▇▇▇▇▇

You can make a shortage payment through your Carrington account under "Payments", through our mobile app, or by mailing payment with this coupon.

**Escrow Shortage:** $37.40
**Due Date:** 1/1/2025

$ _____ . ____

Please make check payable to Carrington Mortgage Services, LLC

CARRINGTON MORTGAGE SERVICES, LLC
1600 South Douglass Road
Suites 110 & 200-A
Anaheim, CA 92806

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA (WILKES-BARRE)

_____

In Re:  Case No: 23-02422 - Chapter: 13
Judge: Mark J. Conway

Joseph Capurso

      Debtor

## CERTIFICATE OF SERVICE

      The undersigned states that on November 20, 2024, copies of the **Notice of Mortgage Payment Change** were served upon the following parties via first class mail, with proper postage affixed thereto the Debtors and via the Court's CM-ECF electronic filing system to the Debtor's Attorney and Chapter 13 Trustee.

| Joseph Capurso | Debtor's Attorney | Chapter 13 Trustee |
|---|---|---|
| 247 Winona Road | Robert J Kidwell | Jack N. Zaharopoulos |
| Mount Pocono, PA 18344 | 712 Monroe Street | 8125 Adams Drive, Suite A |
|  | Stroudsburg, PA 18360 | Hummelstown, PA 17036 |
|  |  |  |
|  |  | U.S. Trustee |
|  |  | 228 Walnut Street, Suite 1190 |
|  |  | Harrisburg, PA 17101 |

The above is true to the best of my information, knowledge and belief.

Signed: */s/* Randall Miller

Randall Miller
43252 Woodward Avenue, Suite 180
Bloomfield Hills, MI 48302
Telephone (248) 335-9200